IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| George Jones, Jr. | ) | Case No: 13 C 2651 |
| v. | ) | Judge: John W. Darrah |
| Dart et al | ) | |

## ORDER

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendants' Motion to Dismiss [52] is granted. Counts I and II of the SAC are dismissed with prejudice. Count III is dismissed without prejudice as to all Defendants. All Counts directed to Dart are dismissed without prejudice. To the extent that any Count states a claim against Cook County other than indemnity, those Counts are dismissed without prejudice. Jones may file a third amended complaint, if he can do so in a manner consistent with this Opinion and Rule 11, within thirty days of the issuance of this Order. Enter Memorandum Opinion and Order. Status hearing set for 11/19/14 at 9:30 a.m.

(T:) 00:05

Date: 10/14/14                                         /s/ Judge John W. Darrah